UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                          Case No.  8:01-CR-445-T-30MAP

ERIC FLOWERS
_____/

# ORDER

This matter comes before the Court upon Defendant's Notice of Appeal (Dkt. #318), which the Court has construed as a Motion for Certificate of Appealability, and Defendant's Affidavit (Dkt. #322), which the Court has construed as a Motion for Leave to Appeal *In Forma Pauperis*.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of the underlying claim and (2) the procedural issues he seeks to raise.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir 2001).  Because the petition was denied for reasons that reasonable jurists would not find debatable, Petitioner has failed to meet the *Slack* test.  529 U.S. at 484.  Defendant has failed to make a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c).

ACCORDINGLY, the Court **ORDERS** that**:**

1.   Defendant's Motion for Certificate of Appealability (Dkt. #318) is **DENIED**.

2.   Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Dkt. #322) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 24, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2001\01-cr-445.Flowers deny COA.wpd